THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Bryan
 Charlebois, Appellant.
 
 
 

Appeal From Charleston County
 Daniel  F.  Pieper, Circuit Court Judge

Unpublished Opinion No. 2008-UP-472
 Submitted August 1, 2008  Filed August
11, 2008

APPEAL DISMISSED

 
 
 
 Deputy Chief Attorney for Capital Appeals Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Scarlett Anne Wilson, of Charleston, for Respondent.
 
 
 

PER
 CURIAM:  Bryan Charlebois appeals his guilty plea to financial transaction card fraud and sentence of three
 months imprisonment to be served on the weekends.  He maintains his guilty plea failed to conform with the mandates set
 forth in Boykin v. Alabama, 395 U.S. 238 (1969).  After a thorough review of the record and counsels
 brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsels motion to be relieved.[1]
APPEAL DISMISSED.
KONDUROS, J., CURETON, A.J., and
 GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.